UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADISON ABSTRACT, INC., a New York corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> -against- ) <br> ) <br> MADISON ABSTRACT TITLE CORP., a New York ) <br> corporation, ) <br> ) <br> Defendant. ) <br> ) | Case No. 08-Civ-2171 (CLB) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and solely to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Madison Abstract, Inc., certifies that Plaintiff is not a publicly traded company and has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: March 5, 2008
     White Plains, NY

Respectfully, submitted:

s/ Kevin J. Harrington
By: _____
Kevin J. Harrington, Esq. (KH-5027)
John T. A. Rosenthal, Esq. (JR-4819)
HARRINGTON, OCKO & MONK LLP
*Attorneys for Plaintiff*
*Madison Abstract, Inc.*
81 Main Street, Suite 215
White Plains, NY 10601
(914) 686-4800

TO:   MADISON ABSTRACT TITLE CORP.
       201 Mooreland Road
       Hauppauge, NY 11788