Kevin J. Harrington (KH-5027)
John T.A. Rosenthal (JR-4819)
HARRINGTON, OCKO & MONK, LLP
81 Main Street
Suite 215
White Plains, NY 10601
(914) 686-4800 Telephone
(914) 686-4824 Facsimile

*Attorneys for Plaintiff*
*MADISON ABSTRACT, INC.*

08 CIV. 2171

BRIEANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADISON ABSTRACT, INC., a New York corporation,    )
                     Plaintiff,    )    Case No. _____

-against-    )    **ORDER TO SHOW CAUSE**

MADISON ABSTRACT TITLE CORP., a New York    )
corporation,
               )
                     Defendant.    )
                              )

Upon the annexed Complaint of Plaintiff, MADISON ABSTRACT, INC. ("Plaintiff" or "Madison Abstract"), the Declaration of John T.A. Rosenthal with exhibits, sworn to March 4, 2008, and Plaintiff's Memorandum of Law in Support of its Application for a Preliminary Injunction, and good cause being shown therefore;

**IT IS HEREBY ORDERED**, that Defendant, MADISON ABSTRACT TITLE CORP. ("Defendant" or "MATC"), show cause before this Court, at the United States District Court, Room 218 300 Quarropas Street, White Plains, New York on the 14 day of March, 2008, at 10:00 o'clock a.m., or as soon thereafter as counsel can be heard, why an order should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure, preliminarily enjoining

1

Defendant, its agents, servants, employees, and all other persons in active concert or privity to or in participation with it, ~~during the pendency of this action,~~ N.E. from:

    a.    Marketing, advertising or promoting Defendant's title services or title insurance services business utilizing the service marks, "Madison Abstract Title Corp." and "Madison Abstract", and associated service dress;

**IT IS FURTHER ORDERED**, that Defendant's papers, if any, in opposition to Plaintiff's application for a preliminary injunction shall be served by hand on or before March 11, 2008, on Harrington, Ocko & Monk, LLP, counsel for Plaintiff, 81 Main Street, Suite 215, White Plains, NY 10601, and filed on or before March 12, 2008, at 4:00 PM ~~10:00 a.m., and Plaintiff's reply papers, if any, shall be served on counsel for Defendant and filed on or before March __, 2008, at 10:00 a.m.~~;

**IT IS FURTHER ORDERED**, that service of a copy of this Order to Show Cause, the annexed Complaint, and all of the papers filed in support of Plaintiff's application for a preliminary injunction shall be sufficient if served on Defendant on or before March 7, 2008, by hand, by 4:30 p.m., ~~if possible, or if not possible, by serving by Certified Mail, Return Receipt Requested, a copy of those papers~~ at Defendant's address at 201 Mooreland Road, Suite 10, Hauppauge, NY 11788.

White Plains, N.Y.

~~ENTER~~: So ORDERED.

_____
Charles Brieant
United States District Judge

DATED: March 6, 2008
Issued at 10:10 AM

2