AFFIDAVIT OF SERVICE UPON A CORPORATION    N

INDEX # 08 CIV2171

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

HARRINGTON OCKO & MONK
81 Main St Suite 215
WHITE PLAINS
NY 10601

Madison Abstract Inc A New York
Corporation

- against -

Madison Abstract Title Corp A New York
Corporation

(914) 686-4800

Atty File #                    Record # 108195        File # 102

STATE OF NEW YORK: COUNTY OF NASSAU: ss          Return Date 03/14/08

William J Wittenhagen being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 03/07/08 at 2:28pm   at 201 Mooreland Road St 10 Hauppauge Ny 11788
deponent served the within Ord To Show Cause Declaration Memo Of Law Summ & Com Rule 7.1
by personally delivering to and leaving with Carlos Oalechea
for Madison Abstract Title Corp A New York Corporation
a true copy thereof, and that deponent knew the person so served
to be the President/Managing Agent and stated (s)he was authorized to
accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 44 Years  Approx Weight: 179 Lbs.  Approx Height: 6'0"
Sex: Male    Color of Skin: White    Color of Hair: Brown
Other:

Sworn to before me this 03/07/08
Maureen Scarola #01SC6127636
Notary Public, State of New York
Nassau County, Commission Expires 05/31/09       William J Wittenhagen

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812