# Harrington, Ocko & Monk

**A LIMITED LIABILITY PARTNERSHIP**
Attorneys at Law

| White Plains Office | | New York City Office |
|---|---|---|
| 81 Main Street – Suite 215 | | 52 Duane Street, 7th Floor |
| White Plains, NY 10601 | | New York, NY 10007 |
| Tel: (914) 686-4800 | | Tel: (212) 227-8004 |
| Fax: (914) 686-4824 | | |

John T.A. Rosenthal, Esq.
e-mail: jrosenthal@homlegal.com

Reply to White Plains Office

March 13, 2008

**Via Facsimile @ (914) 390-4085**

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:   *Madison Abstract, Inc. v. Madison Abstract Title Corp.*
           Case No. 08-Civ-2171 (CLB)

Dear Judge Brieant:

    As you may recall, this office represents Plaintiff, Madison Abstract, Inc. with respect to the above-referenced matter.

    Pursuant to conversations with Defendant's counsel (Suzette Rivera, Esq.) and Mrs. Alice Cama of your Chambers, this will confirm that the parties have agreed to adjourn the presently scheduled preliminary injunction hearing until March 28, 2008 at 11:00 a.m.; pursuant to the sequence in the Order to Show Cause, Defendant's papers will now be due on March 25, 2008. This adjournment is in order to allow the parties time to attempt to resolve this matter without the need for the Court's intervention.

    We thank the Court in advance for its time and consideration.

                                       Sincerely,

                                       John T.A. Rosenthal

JTR/sg

    cc:   Suzette Rivera, Esq. – Via Facsimile @ (718) 458-9517